**7/2/2015**  **COA No. 13-13-00335-CR**
**RODRIGUEZ, JAVIER**  **Tr. Ct. No. 11-CR-3843-G**  **PD-0828-15**
The State's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *

**7/2/2015**                                                                 **COA No. 13-13-00335-CR**
**RODRIGUEZ, JAVIER        Tr. Ct. No. 11-CR-3843-G**                        **PD-0828-15**
The State's Petition for Discretionary Review has this day been filed. [The Court
requires ten copies of this document to be filed in this office within three (3) days
pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the
petition.]

Abel Acosta, Clerk

DOUGLAS K. NORMAN
ASSISTANT DISTRICT ATTORNEY
901 LEOPARD, ROOM 206
CORPUS CHRISTI, TX 78401
* DELIVERED VIA E-MAIL *

**7/2/2015**                                                                    **COA No. 13-13-00335-CR**
**RODRIGUEZ, JAVIER       Tr. Ct. No. 11-CR-3843-G**                 **PD-0828-15**
The State's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

**7/2/2015**  **COA No. 13-13-00335-CR**
**RODRIGUEZ, JAVIER** **Tr. Ct. No. 11-CR-3843-G** **PD-0828-15**
The State's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

DONALD B. EDWARDS
ATTORNEY AT LAW
P.O. BOX 3302
CORPUS CHRISTI, TX 78463
* DELIVERED VIA E-MAIL *